Joel T. Marker (4372)
**McKAY, BURTON & THURMAN**
Attorneys for Joel T. Marker, Trustee
170 South Main Street, Suite 800
Salt Lake City, UT 84101
Telephone: (801) 521-4135
Email: jmarker@mbt-law.com

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 09-22061 JAB |
| | | Chapter 7 |
| ANDREA K. VALDEZ, | : | |
| Debtor. | : | |

### NOTICE OF PAYMENT OF UNCLAIMED FUNDS INTO THE
### UNITED STATES BANKRUPTCY COURT REGISTRY

Joel T. Marker, Trustee of the Chapter 7 bankruptcy estate of Andrea K. Valdez, pursuant to Rule 3011, Rules of Bankruptcy Procedure, hereby gives notice of funds paid into the United States Bankruptcy Court registry and represents to the Court that:

1. On January 4, 2010, the following check was issued in the amount set forth below:

| Check # | Creditor and Address | Check Amount |
|---|---|---|
| 110 | CRB<br>5834 Monroe St., Suite A-142<br>Sylvania, OH 43560-2267 | $4.23 |

2. A distribution was made of $4.23 to CRB. Checks less than $5.00 are required to be paid to the U.S. Bankruptcy Court.

3. The unclaimed funds are on deposit at Chase Manhattan Bank, Account No. 312-2445163-66.

4. A check in the amount of $4.23 representing said unclaimed funds, made payable to the U.S. Bankruptcy Court, is attached hereto.

DATED this 4th day of January, 2010.

                                          **McKAY, BURTON &THURMAN**

                                          By: _____
                                              Joel T. Marker
                                              Attorneys for Joel T. Marker, Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 4th day of January, 2010, a true and correct copy of the foregoing was mailed, postage prepaid, to the following:

United States Trustee
405 South Main St., Suite 300
Salt Lake City, UT 84111

CRB
5834 Monroe St., Suite A-142
Sylvania, OH 43560-2267

Lee J. Davis
Law Office of Davis & Jones, PC
180 East 2100 South, Suite 102
Salt Lake City, UT 84115

                                          _____/S/_____
                                            Leanne Ruesch